UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WOLIN, <br> Plaintiff, <br> v. <br> CITY OF LOS ANGELES, et al., <br> Defendant. | No. CV 10-8306 CBM (PJWx) <br><br> JUDGMENT |

Consistent with the Court's Order Granting Defendants' Motion to Dismiss, Judgment is hereby entered on all claims in favor of Defendants City of Los Angeles, Los Angeles Police Department, Willie Williams, Bernard Parks, William J. Bratton, and James McDonell and against Plaintiff Alicia Wolin.

**IT IS SO ORDERED.**

DATED: April 28, 2011      By_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1